Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Williams, Cooke and Ferragamo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brandee Nees, an unmarried woman,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Jeri Williams and John Doe Williams, a married couple John Ferragamo and Jane Doe Ferragamo, a married couple, and Jeff Cooke and Jane Doe Cooke a married couple, John Doe(s) and Jane Doe(s) I-X, Black Partnerships I-X, White Corporations I-X,<br><br>　　　　　　　　Defendants. | NO. 2:21-cv-01134-PHX-GMS<br><br>**DEFENDANTS' RULE 12.1 CERTIFICATE** |

Defendants City of Phoenix, Williams, Cooke and Ferragamo ("Defendants") provide notice to the Court that on July 7, 2021, prior to filing their Motion to Dismiss and in compliance with Local Rule 12.1, the Defendants certify that they provided written notice to the Plaintiff regarding the deficiencies in the Complaint. *See* Exhibit A.  Local Rule 12.1 provides that notice may be in written form. On July 8, 2021, the Plaintiff sent correspondence threatening to file a Motion to Strike and asserting that the email notice was insufficient.  Defendants responded—disagreeing with the Plaintiff's assertion of notice and contending that the Plaintiff could not cure the legal deficiencies—but requested that if Plaintiff believed that she could cure, or that she would voluntarily dismiss claims, Defendants would withdraw those portions of the Motion to Dismiss that Plaintiff agreed

should be voluntarily dismissed with prejudice. Rather than substantively respond or provide any meaningful information about disagreement with Defendants' legal positions in the Motion to Dismiss, Plaintiff simply responded "Game on!" *See* Ex. A. Based upon this exchange, Plaintiff has not provided any substantive information regarding any claimed disagreement with Defendants' legal arguments, nor offered to amend the Complaint, or indicated a willingness to engage in any further discussions about the Complaint. Plaintiff has now had the benefit of reading the entirety of Defendants' Motion to Dismiss, which will be refiled with this certificate.

DATED this 8th day of July 2021.

                              WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
     Kathleen L. Wieneke
     Christina Retts
     1095 West Rio Salado Parkway, Suite 209
     Tempe, Arizona 85281
     *Attorneys for Attorneys for Defendants City of Phoenix, Williams, Cooke and Ferragamo*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Dennis I. Wilenchik
> John "Jack" D. Wilenchik
> Jordan C. Wolff
> WILENCHIK & BARTNESS
> 2810 North Third Street
> Phoenix, Arizona 85004
> *Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following,

By:   */s/ Mica Mahler*