Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Williams, Cooke and Ferragamo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brandee Nees, an unmarried woman,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Jeri Williams and John Doe Williams, a married couple John Ferragamo and Jane Doe Ferragamo, a married couple, and Jeff Cooke and Jane Doe Cooke a married couple, John Doe(s) and Jane Doe(s) I-X, Black Partnerships I-X, White Corporations I-X,<br><br>    Defendants. | NO. 2:21-cv-01134-PHX-GMS<br><br>**JOINT NOTICE OF SETTLEMENT** |

   The parties give notice to the Court, pursuant to LRCiv 40.2, that a settlement has been reached in the above-captioned matter. As a result, the parties request that the Court vacate all currently pending deadlines. The parties are preparing settlement documents and, upon conclusion of that process, intend to submit a Stipulation of Dismissal with Prejudice to the Court.

/ / /

/ / /

DATED this 17th day of February 2023.

WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Attorneys for Defendants City of Phoenix, Williams, Cooke and Ferragamo*

WILENCHIK & BARTNESS

By: */s/ Jordan C. Wolff (w/ permission)*
Dennis I. Wilenchik
John "Jack" D. Wilenchik
Jordan C. Wolff
2810 North Third Street
Phoenix, Arizona 85004
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Dennis I. Wilenchik
>John "Jack" D. Wilenchik
>Jordan C. Wolff
>WILENCHIK & BARTNESS
>2810 North Third Street
>Phoenix, Arizona 85004
>*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following,

By:   */s/ Mica Mahler*

3